# Burns's Contested Election.

# Boroski's Contested Election.

# Gallagher's Contested Election.

OPINION BY MR. JUSTICE WALLING, March 14, 1927:

The above appeals are from orders quashing petitions in election contests and grow out of the same election considered in the Michael Pazdrak Case, filed herewith. For reasons there stated, and deeming the petitions in above cases sufficient to give the court jurisdiction, and by virtue of stipulations of counsel filed therein, the order quashing the petition in each case is reversed with a procedendo; costs to abide the event of the contest.